# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MATTHEW GUSTIN** | : CIVIL ACTION |
| | : |
| v. | : NO. 23-2123 |
| | : |
| **ROCK GATE CAPITAL LLC** | : |
| d/b/a **160 DRIVING ACADEMY** | |

## O R D E R

**AND NOW,** this **9th** day of December, 2024, it is **ORDERED** that:

1. The Defendant's motion for summary judgment [Doc. 28] is **GRANTED**.
2. Judgment is **ENTERED** in favor of Defendant Rock Gate Capital d/b/a 160 Driving Academy and against Plaintiff Matthew Gustin.
3. The Clerk is **DIRECTED** to mark this case **TERMINATED**.

BY THE COURT:

/s/ Jeffrey L. Schmehl
_____
**JEFFREY L. SCHMEHL, J.**